# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **21–16900 – MCR**    Chapter: **7**    Adversary No.: **22–00021**

**Johannes Allender**
Debtor

**Lucas Delcid**
Plaintiff

vs.

**Johannes Allender**
Defendant

### SUMMONS AND NOTICE OF PRE–TRIAL CONFERENCE

**To the above named defendant:**

YOU ARE SUMMONED and required to file with this court and to serve upon the plaintiff or the plaintiff's attorney:

> Lindsey Strang Aberg
> Axinn Veltrop & Harkrider, LLP
> 1901 L Street NW
> Washington, DC 20036

either a motion or an answer to the complaint which is now served upon you.

If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon plaintiff's attorney within 30 days of the date of issuance of this by the clerk except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. **FAILURE TO RESPOND IN ACCORDANCE WITH THIS SUMMONS SHALL ACT AS YOUR CONSENT TO ENTRY OF FINAL ORDERS AND JUDGMENTS BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINT.**

YOU ARE HEREBY NOTIFIED THAT A PRE–TRIAL CONFERENCE WITH RESPECT TO THIS COMPLAINT HAS BEEN SET FOR:

3/30/22 at 10:00 AM
by videoconference or teleconference
(for hearing access information see www.mdb.uscourts.gov/hearings or call 410–962–2688).

Dated: 2/3/22

Mark A. Neal, Clerk of Court
by Deputy Clerk, Janine Hutchinson
301–344–3918

February 3rd, 2022
Clerk of the
United States
Bankruptcy Court
s/ Mark A. Neal

Form sumprtrl (rev. 08/18/20)