IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MARYLAND, GREENBELT DIVISION

| | | |
|---|---|---|
| IN RE: | : | Chapter: 7 |
| | : | |
| JOHANNES ALLENDER, | : | |
| | : | |
| DEBTOR | : | BANKRUPTCY NO: 21-16900 |
| | : | |
| LUCAS DELCID, DANIELLE HARRIS, AND MILENA RADULOVIC | : | |
| | : | |
| *On Behalf of Themselves and All Others Similarly Situated,* | : | |
| | : | |
| PLAINTIFFS, | : | |
| | : | |
| v. | : | Adversary No. 22-00021 |
| | : | |
| JOHANNES ALLENDER | : | |
| | : | |
| DEFENDANT. | : | |

## CERTIFICATE OF SERVICE OF SUMMONS

I, LINDSEY STRANG ABERG, certify that service of the summons and a copy of the complaint was made February 4, 2022, by first-class United States mail, postage fully pre-paid, addressed to:

Johannes Allender
117 Kent Oaks Way
Gaithersburg, MD 20878

Daniel M. Press
Chung & Press, P .C.
6718 Whittier Ave., Ste. 200
McLean, VA 22101

Steven H. Greenfeld
Cohen, Baldinger & Greenfeld, LLC
2600 Tower Oaks Blvd.
Suite 290
Rockville, MD 20814

2

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: February 4, 2022

/s/ Lindsey Strang Aberg
Lindsey Strang Aberg, Bar No. 21576
Axinn, Veltrop & Harkrider LLP
1901 L Street, NW
Washington, DC 20036
Phone: (202) 912-4700
Fax: (202) 912-4701
lstrang@axinn.com

***Attorney for the Plaintiffs***